Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office, based on where the case is venued)*

Re: (Case Name) **JONATHAN R. & MICHELLE I. NEWMAN** /Case # **08-12928**
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ **3.71** . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__✓__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant **CHASE BANK USA** Amount $ **3.71** Claims Register # **3**

Claimant _____ Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

*[signature]*
Trustee Name

FILED
NOV - 3 2011
BANKRUPTCY COURT
BUFFALO, NY